UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

MICHAEL BODDIE

          Plaintiff(s)

(vs)

BAYSIDE STATE PRISON, ET AL.

          Defendant(s)

**JUDGMENT**

Civil #08-00129 (RBK)

---

The Hon. John Bissell, Special Master, appointed by this Court having found on June 2, 2009, and no timely objection having been filed,

IT IS, on this 28th day of October, 2009

ORDERED that the report of Hon. John Bissell dated June 2, 2009 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Michael Boddie.**

                                                        _____
                                                      HON. ROBERT B. KUGLER, U.S.D.J.